# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KENNETH YOON,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**SAJO OYANG CORPORATION, et al.,**<br><br>　　　　　**Defendants.** | **Case No.: CV 19-04897-CJC(SSx)**<br><br>**JUDGMENT** |

//

-1-

Plaintiff Kenneth Yoon brought this action against Defendants Sajo Oyang Corporation, Jin Woo Joo, and Sajo Group. Defendants' motion to dismiss for failure to state a claim came for consideration before this Court. The Court hereby **ORDERS** that:

1. Defendants' motion to dismiss is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(6), based on res judicata.

3. Plaintiff shall pay $4,898 to Defendants' counsel as monetary sanctions for Defendants' costs and fees incurred in connection with bringing their motion to dismiss.

DATED: July 23, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE